IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

T‌AWANA M. B‌EECHAM,
        Plaintiff,

vs.                                                     No. 20-2327-JTM

S‌PECTRUM B‌RANDS, I‌NC., *et al.*,
        Defendants.

MEMORANDUM AND ORDER

This matter is before the court on defendant Spectrum Brands' Motion to Dismiss (Dkt. 10), which argues relief cannot be granted to the *pro se* plaintiff because (1) the Complaint is untimely, (2) plaintiff has failed to properly serve any defendant, and (3) the Complaint fails to state a plausible claim for relief. More than four months have elapsed since defendant's August 19, 2020 Motion to Dismiss, and the plaintiff has not filed any response to the motion, or asked for additional time to attempt a response. Accordingly, both for good cause shown and pursuant to D.Kan.R. 7.4,[1] defendant's motion (Dkt. 10) is hereby granted.

IT IS SO ORDERED this day of January, 2021.

                                                             *J. Thomas Marten*
                                                             J. Thomas Marten, Judge

---

[1] The Rule provides if a timely response (here, 21 days) "the court will consider and decide the motion as an uncontested motion. Ordinarily, the court will grant the motion without further notice."